# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0244, <u>John G. Hallworth & a. v. Karen E. Weston & a.</u>, the court on April 1, 2021, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The defendants, Karen E. Weston and Kevin Weston, appeal the decision of the Superior Court (<u>Howard</u>, J.), following a bench trial, concluding, among other things, that the plaintiffs, Mary Beth Hallworth and John G. Hallworth, acquired an area of the defendants' property by adverse possession. On appeal, the defendants argue that the trial court erred in determining the boundaries of the area of adverse possession.

As the appealing parties, the defendants have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the defendants' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendants have not demonstrated reversible error. <u>See</u> <u>id</u>. We affirm.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

Timothy A. Gudas,
Clerk